In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00289-CV**

_____

**DANIEL PETTIJOHN WISDA, Appellant**

**V.**

**HOLLIE MARIE WISDA, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-05-06175**

**MEMORANDUM OPINION**

On August 2, 2018, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellant, Daniel Pettijohn Wisda, did not file a response.

The trial court signed the judgment on March 22, 2018. By filing a motion for new trial within thirty days of the date of the judgment, Wisda extended the time for perfecting his appeal to June 20, 2018. *See* Tex. R. App. P. 26.1(a)(1). Wisda filed a notice of appeal on July 30, 2018, but by that date his notice was untimely and

1

outside the period for which we may extend the appellate deadline that applies to Wisda's case. *See* Tex. R. App. P. 26.1(a)(1), 26.3. Thus, the appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before Kreger, Horton, and Johnson, JJ.